FILED

2014 AUG -6 PM 2:09

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE: |
| | ) | |
| PERRY S. HAWKINS, | ) | C.R. No. 3:14 CR 255 |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2252(a)(2) |
| Defendant. | ) | 18 U.S.C. § 2422(b) |
| | ) | |

JUDGE DAVID A. KATZ

COUNT 1
(Sexual Exploitation of a Child)

The Grand Jury charges:     MAG. JUDGE ARMSTRONG

From on or about December 13, 2011 to on or about September 16, 2013, in the Northern District of Ohio, Western Division, and elsewhere, the defendant, PERRY S. HAWKINS, did employ, use, persuade, induce, entice and coerce a minor who is known to the grand jury, to-wit: Juvenile #1, to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, and the visual depictions were produced using materials that were mailed, shipped and transported in or affecting interstate commerce by any means, including a computer and telephone, in violation of 18 U.S.C. § 2251(a).

ORIGINAL

## COUNT 2
(Receipt and Distribution of Material Involving the Sexual Exploitation of a Child)

The Grand Jury further charges:

From on or about December 13, 2011 to on or about September 16, 2013, in the Northern District of Ohio, Western Division, and elsewhere, the defendant, PERRY S. HAWKINS, did knowingly receive and distribute in interstate commerce numerous digital files, which files contained visual depictions of a real minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 3
(Persuasion of a Minor to Engage In Unlawful Sexual Activity)

The Grand Jury further charges:

From on or about August, 2011 to on or about September 16, 2013, in the Northern District of Ohio, Western Division, and elsewhere, the defendant, PERRY S. HAWKINS, did knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, who is known to the grand jury, to-wit: Juvenile #1, to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so, using a facility and means of interstate commerce, in violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

Original document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.